Danny J. SEKOH, Plaintiff–Appellant,

v.

Craig WERNER, Division Manager; United Parcel Service, Defendants–Appellees.

No. 06–1952.

United States Court of Appeals, Fourth Circuit.

Submitted: March 21, 2007.

Decided: April 12, 2007.

Danny J. Sekoh, Appellant Pro Se. Susan Ballantine Molony, Alston & Bird, LLP, Charlotte, North Carolina, for Appellees.

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny J. Sekoh appeals the district court's order granting summary judgment to the Defendants and dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sekoh v. Werner,* No. 5:04–cv–00893–BO (E.D.N.C. July 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*